# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| | **SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT** |
| LAETITIA TAVERNIER and SEBASTIEN BARRANGER, Individually, as Special Co-Administrators and Special Co-Representatives of the Estate of JEAN-MICHEL BARRANGER, Deceased, and on behalf of all Surviving Beneficiaries, | |
| Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

1

Plaintiffs, LAETITIA TAVERNIER and SEBASTIEN BARRANGER, Individually, as Special Co-Administrators and Special Co-Representatives of the Estate of JEAN-MICHEL BARRANGER, Deceased, and on behalf of all Surviving Beneficiaries, complain of the defendants, and each of them, as follows:

1.      Plaintiffs refer to and incorporate herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiffs hereby adopt the Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint.

2.      Plaintiffs adopt each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any:  N/A

## CLAIMS AGAINST DEFENDANTS

3.      Plaintiffs bring those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒      THE BOEING COMPANY

☒      ROSEMOUNT AEROSPACE, INC.

☒      ROCKWELL COLLINS, INC.

4.      Plaintiffs incorporate by reference each of the Counts in the Master Complaint checked below:

As against *THE BOEING COMPANY:*

☒      Count One for Negligence

☒      Count Two for Breach of Warranty

☒      Count Three for Strict Liability

☒      Count Four for Failure to Warn

As against *ROSEMOUNT AEROSPACE, INC.:*

☒      Count Five for Negligence

☒      Count Six for Strict Liability

☒      Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒        Count Eight for Negligence

☒        Count Nine for Strict Liability

☒        Count Ten for Breach of Warranty

## PLAINTIFFS' INFORMATION:

4.        Decedent, JEAN-MICHEL BARRANGER, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5.        The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

LAETITIA TAVERNIER and SEBASTIEN BARRANGER, children of the Decedent and Special Co-Administrators of the Decedent's Estate entitled to bring a wrongful death action on behalf of all surviving beneficiaries.

6.        Plaintiffs are residents of France.  Plaintiffs' decedent was a resident of France.

7.        Decedent's Estate is represented in the following capacity:

☒        LAETITIA TAVERNIER and SEBASTIEN BARRANGER are Special Co-Representatives of Decedent and are authorized to bring an action on behalf of the Decedent's Estate. Plaintiffs were appointed as Special Co-Representatives on September 14, 2020.

☐        Other (please describe):

## PLAINTIFFS' DAMAGES:

8.        Plaintiffs request the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒        For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

3

☒     For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒     For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒     For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒     For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒     For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒     For all property losses, in an amount according to proof at trial.

☒     For attorneys' fees, costs and other damages as permitted under applicable laws.

☒     For punitive and exemplary damages in an amount according to proof at trial;

☒     For pre- and post-judgment interest on all damages as allowed by the law.

☒     For all costs of suit incurred herein.

☒     For such other and further relief as the Court shall deem just and proper.

☐     Other (specify):

## ADDITIONAL ALLEGATIONS

9.     JEAN-MICHEL BARRANGER was born in Ligueil, France, on August 5, 1952 and died alongside his wife, Suzanne Barranger, in the crash of ET302 on March 10, 2019. Jean-Michel grew up as one of 14 children in a small three-bedroom house. At the age of 14, he completed an apprenticeship in business and started working to help his family. Jean-Michel and Suzanne were residents of Montbazon, France, and are survived by their children, LAETITIA TAVERNIER and SEBASTIEN BARRANGER. At the time of their deaths, Suzanne and Jean-Michel were en route to Nairobi to take part in a safari. The couple enjoyed traveling together at least once per year, and this trip would have been the latest in a long list of

adventures that included Vietnam, Japan, Canada, the United States, and Norway. They also intended to visit a school, and brought supplies with them to donate to the school's pupils. Jean-Michel met Suzanne at a ball in 1972; Suzanne was 17 and Jean-Michel was 20. Jean-Michel left soon after to serve in the French military, and the couple became engaged upon his return in 1973. They were married in 1977 and welcomed Laetitia in 1979 and Sebastien in 1982. Laetitia is the mother of J., 13, and M., 11, while Sebastien is father to E., 3, and a baby born in November 2019. Sebastien learned the news of the pregnancy just four days before his parents' death. Jean-Michel provided his family with moral, physical and financial support. He enjoyed making small repairs on their homes, doing yardwork, and babysitting his grandchildren.

The family has suffered a terrible loss, compounded by the circumstances of the crash and how easily the defendants could have prevented it from occurring. Jean-Michel's death, the manner in which he died and the cause of his death have caused his family members severe grief and mental harm, in addition to the loss of his companionship, services and support.

The manner in which Jean-Michel died is particularly distressing due to the terrifying nature of her final moments. Shortly after take-off the aircraft began making noticeably unusual, alarming and uncomfortable movements in response to the erroneous AOA sensor and MCAS activations. During the last several minutes before ET-302 crashed, Jean-Michel experienced violent oscillations of the aircraft which resulted in his fear of impending death as well as physical and mental pre-death pain and suffering. Ultimately, Jean-Michel was exposed to extreme forces as the aircraft dove down towards the ground at speeds approaching 600 miles per hour during which time Jean-Michel surely knew he was about to die.

## **DEMAND FOR JURY TRIAL**

PLAINTIFFS hereby demand a trial by jury as to all claims in this action.

DATED:     Chicago, Illinois
             October 22, 2020

/s/ Todd A. Smith
Todd A. Smith
Brian LaCien
SMITH LACIEN, LLP
70 West Madison, Suite 5770
Chicago, IL 60602
Tel: 312-509-8900
Email: tsmith@smithlacien.com
Email: blacien@smithlacien.com

KREINDLER & KREINDLER LLP
Justin T. Green,
Anthony Tarricone
Brian J. Alexander
Daniel O. Rose
Megan W. Benett
Vincent C. Lesch
750 Third Avenue
New York, NY 10017
Tel: 212-687-8181
Email: jgreen@kreindler.com
Email: atarricone@kreindler.com
Email: balexander@kreindler.com
Email: drose@kreindler.com
Email: mbenett@kreindler.com
Email: vlesch@kreindler.com